USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

CR-15-0203

| | | |
|---|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | POFORF<br># 10 | COURT CASE NUMBER<br>C.R. 15-203 |
| DEFENDANT<br>ANDRE SAUNDERS | | TYPE OF PROCESS<br>DEPOSIT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SEE BELOW
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

DAVID LEW
ASSISTANT U.S. ATTORNEY
U.S. POST OFFICE & COURTHOUSE
700 GRANT STREET, SUITE 4000
PITTSBURGH, PA 15219

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

2017 OCT 25

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold — Fold

PURSUANT TO THE ATTACHED PRELIMINARY ORDER OF FORFEITURE, PLEASE DEPOSIT THE ATTACHED CHECK #4030 76995381, IN THE AMOUNT OF $10,135.26, INTO THE ASSET FORFEITURE HOLDING ACCOUNT.

CATS NO. 18-FBI-000150

Signature of Attorney other Originator requesting service on behalf of:
David Lew / mJP
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 412-894-7482
DATE: 10/24/17

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 68 | District to Serve No. 68 | Signature of Authorized USMS Deputy or Clerk | Date 10-25-17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date 10/26/17   Time ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: 10/26/17 Deposited $10,135.26 into SADF (holding acct)
RECEIPT OF CHECK #4030 76995381, IN THE AMOUNT OF $10,135.26:
DATE:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00